U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 11 2016
AT____ O'CLOCK
Lawrence K. Baerman, C...

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:16-CR-44 (GLS) |
| | ) | | |
| v. | ) | **Indictment** | |
| | ) | | |
| **JOHN STACCIO,** | ) | Violations: | 18 U.S.C. § 1028A [Aggravated Identity Theft]; 18 U.S.C. § 1542 [Passport Fraud] |
| | ) | 2 Counts | |
| **Defendant.** | ) | County of Offense: | Ulster |

### THE GRAND JURY CHARGES:

#### COUNT 1
#### [Aggravated Identity Theft]

On or about February 18, 2011 the defendant, **JOHN STACCIO**, during and in relation to a felony violation contained in Chapter 75 of Title 18 of the United States Code, that is a violation of Title 18, United States Code, Section 1542, prohibiting any false statement in an application for passport, did knowingly use, without lawful authority, a means of identification of another person, J.C.R., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 3238.

#### COUNT 2
#### [Passport Fraud]

On or about February 18, 2011 the defendant, **JOHN STACCIO,** did willfully and knowingly make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in

that **STACCIO** filed an application for a passport using the name, social security number, and date of birth of another person, in violation of Title 18, United States Code, Sections 1542 and 3238.

Dated: February 11, 2016

A TRUE BILL,

name redacted

_____

Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: *Emily Farber*

Emily T. Farber
Assistant United States Attorney
Bar Roll No. 519174

2